IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHELLY BISHOP and QUINTAH MANN,

      Plaintiffs,  : Civil Action No. 2:08-CV-000468

vs.      Judge Donetta W. Ambrose/
    Magistrate Judge Robert C. Mitchell

AT&T CORP.,

      Defendant.

## ORDER OF COURT

AND NOW, to-wit, this 26 day of August, 2008, it is hereby ordered that Defendant AT&T Corp.'s Motion to Compel Plaintiffs Michael Barthell and Jeff Wallace to Appear for Deposition is GRANTED. Plaintiffs Michael Barthell and Jeff Wallace are hereby ordered to appear for depositions by September 15, 2008 ~~during the week of August 25, 2008~~ at the offices of AT&T Corp.'s counsel in Pittsburgh. If Plaintiffs Barthell or Wallace choose not to appear to be deposed, they will be dismissed from this case with prejudice.

                                                                                      Robert C. Mitchell
                                                                                       Magistrate Judge