IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHELLY BISHOP, *et al.*,        )
    Plaintiffs,        )
        )
  vs.      )  Civil Action No.  08-468
        )
AT&T CORPORATION,        )
    Defendant        )

## O R D E R

AND NOW, this 23rd day of March, 2009, after the plaintiffs, Shelly Bishop, et al.,

filed an action in the above-captioned case, and after a motion for conditional class certification and

judicial notice was submitted by plaintiffs, and after a Report and Recommendation was filed by the

United States Magistrate Judge, and upon consideration of the objections filed by defendant and the

response to those objections filed by plaintiffs, and upon independent review of the motion and the

record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No.

125), which is adopted as the opinion of this Court,

    IT IS ORDERED that plaintiffs' motion for conditional class certification and judicial

notice (Docket No. 23) is granted,

    AND, the conditional class certification is granted as to customer service

representatives employed at the AT&T call centers located in Pittsburgh, Pennsylvania, Lee's

Summit Missouri, El Paso, Texas, and Fairhaven, Massachusetts, three years prior to the date of

certification who were not fully compensated for time worked outside their scheduled tours.

         *Loretta J. Ambrose*

       United States District Judge