```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA


SHELLY BISHOP and QUINTAH MANN,   )
on behalf of themselves and       )
others similarly situated,        )
                                  )
              Plaintiffs,         )
                                  )   Civil Action No. 08-468
          vs.                     )
                                  )
AT&T CORPORATION,                 )
              Defendant           )
```

ORDER

AND NOW, this 19th day of January, 2010, upon consideration of Plaintiffs' Motion to Compel Complete Responses to Interrogatory Nos. 15 & 16 and Requests for Production Nos. 18 & 19 and Defendant AT&T's Response in Opposition, it is hereby ORDERED that the Motion to Compel is DENIED.

IT IS ALSO ORDERED that the interrogatories at issue shall be limited as follows:

15. Identify all judicial or Department of Labor proceedings, investigations or complaints or other labor arbitrations in which Defendant or any of its officers, directors, agents or representatives have been involved in which it was alleged that Defendant may have violated wage and hour laws or regulations involving customer service representative employees in Defendant's Four Call Centers at issue (1) logging into computer applications before the start of tours, (2) working during lunch,

or (3) Defendant's time-rounding practices from five years prior to the filing of the Complaint to the present.

16. Describe in detail any inquiries or complaints Defendant has received from any former or current customer service representative employees in Defendant's Four Call Centers at issue from five years prior to the filing of the Complaint to the present about compensation for time spent (1) logging into computer applications before the start of tours and (2) working during lunch, and identify which employee made the inquiry or complaint, who was involved in the inquiry or complaint, when the complaint or inquiry occurred, and describe any action that was taken by Defendant as a result.

IT IS ADDITIONALLY ORDERED that the Requests for Production Nos. 18 & 19 are consolidated into Request No. 18 and shall be limited as follows:

18. All documents related to Department of Labor investigations or complaints or other labor arbitrations involving the subjects of customer service representatives in Defendant's Four Call Centers at issue (1) logging into computer applications before the start of tours, (2) working during lunch, or (3) Defendant's time-rounding practices from five years prior to the filing of the Complaint to the present.

Defendant is are granted 10 days, from the date of this Order, to provide responses to the two Interrogatories and the Request for Production, limited as described above.

<u>s/Robert C. Mitchell</u>
Robert C. Mitchell
United States Magistrate Judge