# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHELLY BISHOP and QUINTAH MANN, | |
| Plaintiffs, | Civil Action No. 2:08-CV-000468 |
| vs. | Judge Donetta W. Ambrose/ Magistrate Judge Robert C. Mitchell |
| AT&T CORP., | |
| Defendant. | |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

The Parties, Plaintiffs Shelly Bishop and Quintah Mann, on behalf of themselves and other similarly situated ("Plaintiffs"), and Defendant AT&T Corp., ("Defendant") hereby move this Honorable Court for approval of their Joint Stipulation of Settlement.

This motion is based on this Motion, the accompanying Memorandum of Law, the Joint Stipulation of Settlement, the Proposed Order Approving the Joint Stipulation of Settlement, pleadings and papers filed in this case and any oral arguments the Court permits.

{B0301740.4}

Respectfully submitted, this 9th day of November, 2010.

By: /s/ David E. Schlesinger
James H. Kaster MN Bar #53946
David E. Schlesinger MN Bar #0387009
Megan I. Brennan MN Bar #0386550
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

ATTORNEYS FOR PLAINTIFFS

By: /s/ Maureen P. Kelly
Maureen P. Kelly, PA. I.D. No. 51123
BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222

Leslie A. Dent, Ga. I.D. No. 218566
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 Peachtree Street, Suite 2400
Atlanta, Georgia 30308
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606

Len Weitz
AT&T Corp.
900 Route 202/206
One AT&T Way, Room 3A121
Bedminster, NJ 07921

ATTORNEYS FOR DEFENDANT AT&T CORP.

{B0301740.4}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** was served on the below-listed counsel of record this 9th day of November, 2010 via electronic filing service.

David Schlesinger, Esquire
Nichols Kaster, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

/s/ Maureen P. Kelly
Maureen P. Kelly

{B0301740.4}