# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLY BISHOP and QUINTAH MANN, | : | |
| Plaintiffs, | : | Civil Action No. 2:08-CV-000468 |
| vs. | : | Judge Donetta W. Ambrose/ |
| | : | Magistrate Judge Robert C. Mitchell |
| AT&T CORP., | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL WITHOUT COSTS OR FEES

This 16th day of December, 2010, the Court, for good cause shown, enters the following Order:

1. This matter is before the Court on the Joint Stipulation Dismissal Without Costs and/or Attorneys' Fees (the "Stipulation") in the above captioned action [Docket No. ___];

2. The Court has previously received, reviewed, and entered an order approving the Joint Stipulation of Settlement of this action pursuant to the provisions of Section 216(b) of the Fair Labor Standards Act (29 U.S.C. § 201 et seq.) [Docket No. 247];

3. Pursuant to the terms of the settlement between the parties, the thirty (30) day period for Plaintiffs to accept or reject their specific settlement offers expired on December 13, 2010. Therefore,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that pursuant to the terms of the settlement between the parties, and the Stipulation:

1. The following Plaintiffs' claims are dismissed with prejudice, as they have accepted the settlement:

| | |
|---|---|
| AGUILAR | GUILLERMO |
| ALDANA | ELIZABETH |

{B0332284.1}

| | |
|---|---|
| ALLARD | DAVID |
| AMADOR | LUZ |
| AMARO | MONICA |
| ANDERSON | ADRIENNE |
| ANGELETTI | CHARMAYNE |
| ANSARI | NAEEM |
| ANTELL | FATIMA |
| ARCH | DAVID |
| ARCURI | BILL |
| ARRUDA | DAWN |
| ASTORGA | VALERIE |
| AVALOS | CLAUDIA |
| AVILA | GLORIA G. |
| AYALA | LILIA |
| BARBARTO | KIM |
| BARCHFELD | CYNTHIA |
| BARR | ALLEN |
| BARRAZA | MARIBEL |
| BARTEK | MARY |
| BARTEL | WAYNE |
| BASTIN | CONNIE |
| BAUTISTA | IRMA I. |
| BAYAZED | OBAY |
| BEAUDOIN | BRENDA |
| BELTRAN-DEL RIO | THELMA |
| BERGLUND | RICHARD |
| BETTENCOURT | MAUREEN |
| BILLBERRY | VICTOR |
| BISHOP | SHELLY |
| BLACK | SHARYN |
| BLOTZER | RICHARD |
| BOARD | SHARRI |
| BOBACK | SCOTT |
| BOHM | BERNADETTE |
| BONEY | VICKIE |
| BOSCO | ROBERT M. |
| BOURGEOIS | AUGUSTIN |
| BUHOLZER | DOUGLAS |
| BUHOLZER | NICOLE |
| BUMPUS | JANET |
| BUTTERS- | PATRICIA |

{B0332284.1}

| | |
|---|---|
| MOFFETT | |
| BZDZIAK | DEBRA S. |
| CABALLERO | JESUS |
| CAMACHO | MINERVA |
| CAMPOS | VERONICA |
| CAPOZOLI | ANGELO |
| CASSIDY | ANITA |
| CASTANEDA | YOLANDA |
| CATHIE | MARCIA |
| CHAVEZ | LAURA A |
| CINTRON | ANGEL |
| COLEMAN | PATRICK A. |
| COLES | KIMBERLY |
| COLLINS | CURT |
| CONCHILLA | PETER |
| CONEY | NORRIE |
| COOK-HANNON | EFFIE (LORETTA) |
| COOPER | MARLA |
| COTTRELL | ROZANNE |
| COUTO | SHELLEY |
| CRESS | ROBERT |
| CROSS | VERNA |
| CULP | TERESA |
| CUMMINGS | PATTY |
| CUMMINGS | SHEREE |
| DALBY | JILL |
| D'ALESSANDRIA | DONNA |
| DANTZLY | TIANA |
| DAVID | SONDRA |
| DAYTON | MARY |
| DEL PALACIO | ENRIQUE |
| DEL REAL | MARIA |
| DELGADILLO | ALICIA |
| DELGADO | ALMA |
| DICK | BRIDGET |
| DUGAL | KAREN |
| EL ASHKAR | DOAA |
| ESPINO | OLGA |
| ESQUEDA | NICK A. |
| EVERSON | LAURICE |
| EZELL | JOANN |

{B0332284.1}

| | |
|---|---|
| FALLON | PATRICIA |
| FARLAND | PATRICIA |
| FARRELL | ELLEN |
| FERREIRA | ADELIO |
| FICK | MICHAEL |
| FISHER | WILLIAM |
| FLECK | KIMBERLY |
| FLEMING | DOREEN |
| FLORES | HILDA |
| FRANCO | CECILIA |
| FRANCOEUR | BARBARA |
| FRANCOEUR | SHARON |
| FREDERICK | JAYME |
| FUENTES | ROBIN |
| FURLINE | DANIEL |
| GALINDO | EDITH |
| GARCIA | ANGELICA G. |
| GARCIA | MARIA |
| GARCIA | NANCY |
| GARCIA | SUSANA |
| GASTELO | GEORGINA |
| GEORGE | PATRICIA |
| GIBBS | TYRONE |
| GIBSON | MARSHA |
| GIEGUEZ | MELISSA |
| GONZALEZ | GEORGE |
| GONZALEZ | JESUS |
| GRAHAM | VALERIE |
| GRAVES | JENNIFER |
| GREEN | GLORIA |
| GRIJALVA | CYNTHIA |
| GROVES | JAMES |
| GUERRA | GABRIEL |
| HAGER | ALEXIS |
| HARPER | MAREE |
| HARRIS | RODERICK |
| HART | KAMECIA |
| HARTSHORN | PRISCILLA |
| HELFRICK | SINTHIANNE |
| HERMOSILLO | MARTHA |
| HERNANDEZ | MARCO A. |

{B0332284.1}

| | |
|---|---|
| HERRERA | IRMA |
| HERRERA | VIRGINIA |
| HILDEBRAND | OLIVER A. |
| HILER | RICHARD |
| HOLDEN-NITSCHE | KAREN |
| HOLGUIN | RUBEN |
| HOLT-REESE | CHERYL |
| HORN | JACK |
| HOWELL | HEATHER |
| HUCKABAY | JAY |
| HUNT | RICHARD |
| HUSEMAN | AMY |
| JACQUEZ | LAURA |
| JAGUSCH | PAUL |
| JENKINS | TRISHA |
| JOHNSON | MONICA |
| JOHNSON | ROBERT |
| JONES | DEIRDRE |
| JONES | DONALD |
| JONES | MICHELLE |
| JONES | THERESA |
| JORDAN | APRIL |
| KENNEDY | DIANA |
| KLEIN | JANET |
| KNEPPER | TAMARA |
| KORANDA | PEGGY |
| KRUSER | PATRICK |
| LACEY | SUSAN |
| LAGASSE | CHRISTINE |
| LANE | DEBORAH |
| LAPE | MARK |
| LAW | EDDIE |
| LEONARD | NARCISA |
| LERO | CHRISTINE |
| LOMELI | ANTONIO |
| LOPEZ | MARIA E. |
| LOPEZ | MONICA |
| LOPEZ | SALVADOR |
| LOZANO | GUADALUPE |
| MACK | DEBBIE |
| MAGES | SCOTT |

{B0332284.1}

| | |
|---|---|
| MANN | QUINTAH |
| MANNO | JOSEPH |
| MARES | MIGUEL |
| MARKS | DEBORAH |
| MARKUM | KELLY |
| MARQUEZ | ELIZABETH |
| MARSHALL | ANNA |
| MARTINEZ | MARIA |
| MARTINEZ | MARTIN |
| MARTINEZ | VERONICA |
| MATTIKO | CHRISTOPHER |
| MAYNEZ | SONIA |
| MCCALL | RICHARD |
| MCCAMMANT | GREG |
| MCCARTHY | RENEE |
| MCCORMICK | RICHARD |
| MCHUGH | JEFFREY |
| MCKENNAS | MARK |
| MCNEILL | SHAWNA |
| MCQUEEN | MEGAN |
| MELLO | JEANNINE |
| MENEFEE | JORY |
| MERRITT | JANETTE |
| MICHELESSI | SUSAN |
| MILLER | CHRISTINE |
| MILLER | JOANNE |
| MISSOURI | VERONICA |
| MITCHELL | BRENDA |
| MOFFETT | BILLY |
| MORGAN | BRENDA |
| MURRAY | KAREN |
| MURTAGH | DEBORAH |
| NAJERA | JESUS |
| NAJMOWICZ | VICTORIA |
| NORMAN-LANG | RITA |
| NUNES | ANA |
| NUNEZ | ROSELLA |
| OBIECUNAS | JEANNE |
| O'DELL | MARY |
| O'DONNELL | TERRENCE |
| OLVERA (REGALADO) | THELMA |

{B0332284.1}

| | |
|---|---|
| ORTIZ, JR. | BENJAMIN |
| OSBORN | EVELYN |
| OTLANO | CYNTHIA |
| PALASHOFF | JAMES |
| PANNELL | ARNIE |
| PARKER | MARKHETA |
| PATE | SAADIA |
| PAUL | KATRINA |
| PENA | ADRIANA |
| PERALES | ELSA |
| PERRY | LASHONN |
| PETERS | LISA |
| PHILIPS | DEBRA |
| PHILLIPS | ANTHONY |
| PINA-SIERRA | IRMA |
| PLUTO | CHARLES |
| PONCE | JULIA |
| PORRAS | MONICA |
| PROSPERO | MARTA P. |
| PROTHO | BRIAN |
| QUICK | ALANA |
| QUINTAL | MARIA |
| QUINTANILLA | MARTIN |
| RACINE | MONIQUE |
| RAGAN-THOMPSON | CARMITA |
| RADKE | DEBRA |
| RAMIREZ | MARY |
| RAPOSA | LILIA |
| RENNER | JAMES |
| RESENDES | DIANE |
| RETHAGE | AMY |
| REYNOLDS | NYLA |
| RICE | KATHY |
| RICHARDSON | SHARON |
| RIDGELL | ERICKA |
| RIOS | RUBEN |
| RIOS | SANDRA |
| RIVERA | ERICA |
| RIVERA | LAURA |
| ROBERTS | CHRISTINE |
| ROBERTS | DEBORAH L. |

{B0332284.1}

| | |
|---|---|
| ROCKAWAY | PHIL |
| RODARTE | RAQUEL |
| RODRIGUES | CYNTHIA |
| RODRIGUEZ | IRMA |
| RODRIGUEZ | JAVIER |
| RODRIGUEZ | VERONICA |
| ROSALES | DORA |
| ROSENWALD | BERNARD |
| ROTHMEYER | JOHN |
| SAMMONS | TAMMY |
| SANCHEZ | LAURA E. |
| SANDERS | LYNDA |
| SANTIBANEZ | ARCY |
| SAUNDERS | DONALD |
| SCORPIO | MICHAEL |
| SCOTT | CARL |
| SCOTT-SMITH | VALORIE |
| SERRANO | ADRIANA |
| SHELBY | JAMES |
| SHEPPARD | SUSANA |
| SHIPLEY | KRISTIE |
| SIMMERS | MARK |
| SIMMONS | DIANA |
| SIMMONS | TALITHA |
| SIMPSON | MICHELLE |
| SIPE | BARBARA |
| SKAMMELS | KIM |
| SLIVKA | JEFFREY |
| SMITH | BARBARA |
| SMITH | DENISE |
| SOLIS | GLORIA L. |
| SONNETT | FRANCIS |
| SONORA | MARTA |
| SPANEL | BELINDA |
| STEVENSON | LELA RENE |
| STIEFER | ELIZABETH |
| STOPHEL | STEPHEN |
| STRONCEK | DINA |
| STUCK | LARRY |
| SWANGER | JUDIE |
| SZCZEPKOWSKI | JULIE |

{B0332284.1}

| | |
|---|---|
| TABICAS | JODI |
| TALAVERA | PATRICIA |
| TARDIE | KRISTIN |
| TAYLOR | JENNIFER |
| TAYLOR | JONATHAN |
| THOMAS | THERESA |
| TINSLEY | KELLIE |
| TOMLIN | BARRY |
| TOOMBS | LASHAUNDA |
| TORRES | BRENDA REYES |
| TOVAR | JOSE |
| TOVAR | MARIBEL |
| TOVAR | NORMA |
| TRAHAN | KIMBERLY |
| TURNER | ANNETTE |
| TURNER | DONNA |
| UHLIG | JANINE |
| VALLE | GABRIEL |
| VELTUM | NANCY L. |
| WADDELL | CAROLYN |
| WARD | NANCY |
| WATKINS | DEBRA |
| WEBER | CARMAN |
| WILEY | LAVONNE |
| WILHELM | KEVIN |
| WILKS | DARNELL |
| WILLIAMS | NATALIE |
| WINSTEAD | ANDRE |
| WRIGHT | SARAE |
| WRIGHT | TERRY |
| XAVIER | LISA |
| YARYAN | CANDACE |
| ZAPATA | CLAUDIA |
| ZARDA | ERIN |
| ZINNEL KROSS | DENISE |
| ZURAWSKY | JOAN |

{B0332284.1}

2. The following Plaintiffs' claims are dismissed without prejudice, and their statute of limitations will not be tolled after entry of dismissal, as they have not responded the settlement:

| FERREIRA | ADELIO |
|---|---|
| RIVERA | ROSA |
| RUIZ | FONTILLA |

3. Pursuant to the terms of the settlement between the parties, no Plaintiffs rejected the settlement.

4. All of the Plaintiffs have been accounted for because all of the current Plaintiffs have either accepted or not responded to the settlement.

5. With the exception of the Plaintiffs discussed in Paragraph Two, this action is hereby **DISMISSED WITH PREJUDICE** without costs, interest, or attorneys' fees to any party.

IT IS SO ORDERED.

Robert C. Mitchell
United States Magistrate Judge

{B0332284.1}